eral, *William G. Brody*, Special Asst. Attorney General, for plaintiff-appellee. *Nicholas A. Palmigiano*, pro se, defendant-appellant.

APPEAL No. 73-255. EDWARD A. SULLIVAN, JR. *et al. v.* DOROTHY M. SPICER *et al.* Petition for reargument is denied. The defendants based their petition for reargument on the ground that they had not waived the question as to whether or not the plaintiff's appeal should be dismissed because of failure to file a transcript as required by Super. R. Civ. P. 75(b). Assuming that the defendants are correct, this issue examined and considered and found without merit. *Letts, Quinn & Licht, Richard A. Licht, Alan S. Flink,* for Edward A. Sullivan, Jr. *Gunning, LaFazia & Gnys, Inc., Richard T. Linn,* for defendants.

APPEAL No. 74-201. KENTS CORNERS CONGREGATIONAL CHURCH *v.* CHARLES O'CONNELL *et al.* Motion of plaintiff for a temporary injunction is denied as being moot. *George Ajootian, Charles J. Ajootian,* for plaintiff. *Joseph T. Little,* Asst. City Solicitor, for defendants.

APPEAL No. 74-335. ANTHONY P. ZIFCAK *et ux. v.* GREATER WOONSOCKET BOARD OF REALTORS, INC. Motion of plaintiffs to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied. Doris, J. not participating. *Laurent C. Bilodeau,* for plaintiffs. *Zimmerman, Roszkowski & Brenner, Gerald M. Brenner,* for defendant.

APPEAL No. 75-12. WILLIAM TRIPODI *et al. v.* HOSPITAL SERVICE CORPORATION OF RHODE ISLAND. Motion of defendant to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted. *Zimmerman, Roszkowski & Brenner, Joseph J. Roszkowski,* for plaintiffs. *Tillinghast, Collins & Graham, Peter J. McGinn, Robert W. Edwards, Jr.,* for defendant, Blue Cross of Rhode Island, Inc.